IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AMANDA AKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:21-cv-00411-NAD |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Amanda Ake ("Plaintiff"), and Defendant Life Insurance Company of North America, ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 6th day of October, 2021.

| | |
|---|---|
| THE MARTIN LAW GROUP | MAYNARD, COOPER & GALE, P.C. |
| By: /s/ David P. Martin | By: /s/ Grace R. Murphy |
| David P. Martin | Grace Robinson Murphy |
| M. Clayborn Williams | William B. Wahlheim, Jr. |
| P. O. Box 20087 | 1901 Sixth Avenue North, Suite 1700 |
| Tuscaloosa, AL  35402 | Birmingham, AL  35203-2618 |
| Attorney for Plaintiff | Attorneys for Defendants |

06148364.1                                              1