UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AMANDA AKE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:21-cv-00411-NAD |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

## MINUTE ENTRY OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties have jointly stipulated to dismissal of this action **WITH PREJUDICE**. Doc. 20. Per the stipulation, each party shall bear its own costs. This case is **CLOSED**.

DATED: 10/13/2021

SHARON N. HARRIS, CLERK

By: s/ M. Barnes
Deputy Clerk